

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARMEN MICHELLE CARTER, § | |
| § | |
| Appellant, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-04589 |
| § | |
| NATIONAL DIVERSITY COUNCIL, § | |
| § | |
| Appellee. § | |

## ORDER OF DISMISSAL

Before the Court is the notice of appeal filed by the appellant, Carmen Michelle Carter (Dkt. No. 1), and the notice of docketing, pursuant to Bankruptcy rule 8009 (Dkt. No. 7). The record reflects that a notice of deficiency was mailed to the appellant on December 19, 2018. The record also reflects that on March 18, 2019, the appellant was granted additional time to file her brief by March 25, 2019. The appellant has failed to do so; however, and, those deficiencies have not been corrected, nor has the appellant requested an additional extension of time to do so.

It is, therefore, **ORDERED** that this appeal is hereby DISMISSED for want of prosecution.

It is so ORDERED.

SIGNED on this 16th day of May, 2019.

_____
Kenneth M. Hoyt
United States District Judge